DAVENPORT, Appellant, v. PENNSYLVANIA FIRE INS. CO., Respondent.

(Supreme Court, General Term, Third Department.   February 13, 1894.)

Appeal from judgment on report of referee.

Action by Sarah E. Davenport against the Pennsylvania Fire Insurance Company.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

John A. Thompson, for appellant.

Thomas Watts, for respondent.

MAYHAM, P. J. We think that the conclusion of the referee in this case was correct, and that the judgment should be affirmed. Judgment affirmed, with costs. All concur.

---

### In re PRUYN.

(Supreme Court, General Term, Third Department.   February 13, 1894.)

Appeal from special term, Saratoga county.

Application by John K. Pruyn for the appointment of a trustee for the holders of certain bonds secured by mortgage executed by the Saratoga Gas & Electric Light Company February 1, 1887. From an order denying the application, and setting aside an order theretofore made appointing James L. Scott and Theodore F. Hamilton trustees, petitioners Scott and Hamilton appeal.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

Edgar T. Brackett, for appellants.

Hornblower, Byrne & Taylor (J. Byrne, of counsel), for respondent.

HERRICK, J. After a careful review of the facts and authorities in these cases, I can see no reason for a reversal of the orders made therein, and no occasion to write an opinion. The orders should be affirmed, with $10 costs, and printing and other disbursements in each.

MAYHAM, P. J., concurs. PUTNAM, J., not acting.

---

### WOOD v. TOWN OF GILBOA.

(Supreme Court, General Term, Third Department.   February 13, 1894.)

Appeal from special term, Schoharie county.

Action by Francisco Wood against the town of Gilboa. From an order refusing to set aside the verdict and judgment, and grant a new trial on the ground that plaintiff, during the trial, treated one of the jurors to beer, wine, and liquor, and paid for the same, defendant appeals.

For decision of appeal from judgment, see 27 N. Y. Supp. 586.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

Gilbert & Andrus (C. L. Andrus, of counsel), for appellant.

Krum & Grant (Hobert Krum, of counsel), for respondent.

No opinion. Order affirmed, with costs and disbursements.